# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:  DAWN LENIA BROWN            ) | CHAPTER  7 |
| ) | |
| ) | CASE NO. 14-55163-jrs |

------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| CARTER HASTON REAL ESTATE SVCS, INC.  ) | |
| A/A/F BLOCK LOFTS APARTMENTS            ) | |
| ) | **CONTESTED MATTER** |
| Movant,            ) | |
| vs.            ) | |
| ) | |
| DAWN LENIA BROWN,            ) | |
| ) | |
| Debtor,            ) | |
| vs.            ) | |
| ) | |
| M. DENISE DOTSON,            ) | |
| ) | |
| Chapter 7 Trustee.            ) | |

## NOTICE OF ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** that a Motion for Relief from Automatic Stay has been filed in the above-styled case and a hearing will be held on the Motion for Relief from the Automatic stay in Courtroom 1404, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia, at 1:30 p.m. on July 22, 2014.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including

address) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.  Movant consents to the automatic stay remaining in effect until the court orders otherwise.

Dated:   June 30, 2014

/s/ Justin D. Kreindel
Attorney for Movant
State Bar No. 550128
2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:  DAWN LENIA BROWN | ) | CHAPTER  7 |
| | ) | |
| | ) | CASE NO. 14-55163-jrs |

---

| | | |
|---|---|---|
| CARTER HASTON REAL ESTATE SVCS, INC. | ) | |
| A/A/F BLOCK LOFTS APARTMENTS | ) | |
| | ) | **CONTESTED MATTER** |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| DAWN LENIA BROWN, | ) | |
| | ) | |
| Debtor, | ) | |
| vs. | ) | |
| | ) | |
| M. DENISE DOTSON, | ) | |
| | ) | |
| Chapter 7 Trustee. | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**COME NOW** Movant Carter Haston Real Estate Services, Inc. a/a/f Block Lofts Apartments, by and through respective counsel, and hereby moves the Court as follows:

1.

This Court has jurisdiction over this contested matter pursuant to 28 USC 1471 and 11 USC 362 and 363.

2.

The Debtor filed a petition under Chapter 7 of the Bankruptcy Code on March 12, 2014.

3.

Movant is the lessor of the premises where the Debtor resides at 747 Ralph McGill Blvd. NE, Unit 1118, Atlanta, Georgia 30312.

4.

Debtor leased said property from Movant under a written lease agreement at a monthly rental rate of $1,309.00, with a late fee of $130.90.

5.

The Debtor owes post-petition rent for the months of May 2014 and June 2014 in the amount of $3,549.07.

6.

Pursuant to 11 USC 362, Movant is stayed from the commencement or continuation of any court or other proceeding against Debtor to recover the leased premises.

7.

Debtor has a mere possessory interest in the property.

8.

By reason of the foregoing, continuation of the automatic stay of 11 USC 362(a) will work real and irreparable harm to Movant.

9.

Debtor is still in possession of the premises, and Movant is not adequately protected as required under 11 USC 1322(b)(7). Therefore Debtor is required pursuant to 11 USC Section 365(b)(4) to return possession to the lessor.

**WHEREFORE,** Petitioner prays for:

1. An Order terminating the automatic stay and authorizing Movant to proceed with eviction proceedings in State Court;
2. An Order requiring Debtor to assume or reject the residential lease agreement;
3. Possession of the premises;
4. A waiver of Bankruptcy Rule 4001(a)(3);

5. Reasonable attorney's fees; and/or

6. Such other and further relief as is just and proper.

This the 30th day of June, 2014.

                                              /s/ Justin D. Kreindel
                                              Justin D. Kreindel
                                              Attorney for Movant
                                              State Bar No. 550128

2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:  DAWN LENIA BROWN    ) | CHAPTER  7 |
| ) | |
| ) | CASE NO. 14-55163-jrs |

---

| | |
|---|---|
| CARTER HASTON REAL ESTATE SVCS, INC.   ) | |
| A/A/F BLOCK LOFTS APARTMENTS    ) | |
| ) | **CONTESTED MATTER** |
| Movant,    ) | |
| vs.    ) | |
| ) | |
| DAWN LENIA BROWN,    ) | |
| ) | |
| Debtor,    ) | |
| vs.    ) | |
| ) | |
| M. DENISE DOTSON,    ) | |
| ) | |
| Chapter 7 Trustee.    ) | |

**CERTIFICATE OF SERVICE**

I, Justin D. Kreindel, of 2970 Clairmont Road, Suite 220, Atlanta, Georgia 30329

certify:

That I am at all times hereinafter mentioned was, more than 18 years of age:

That on June 30, 2014, I served a copy of the within CONSENT MOTION FOR

RELIEF FROM AUTOMATIC STAY filed in this bankruptcy matter on the following

respondents via U.S. First Class Mail addressed as follows:

M. Denise Dotson, Esq.
Chapter 7 Trustee
170 Mitchell Street
Atlanta, Georgia 30303

Dawn Lenia Brown
747 Ralph McGill Blvd. NE, Unit 1118
Atlanta, Georgia 30312

Charles M. Clapp, Esq.
303 Perimeter Center North
Suite 300
Atlanta, GA 30346

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT.

Executed on:   June 30, 2014                    /s/  Justin D. Kreindel
                                                Justin D. Kreindel
                                                Attorney for Movant
                                                State Bar No. 550128

2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114

L:\2MIKE\BANKRUPT\Block Lofts – Dawn Brown - mfr.doc