**IT IS ORDERED as set forth below:**



Date: July 24, 2014

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **DAWN LENIA BROWN** | ) | |
| | ) | |
| Debtor. | ) | CASE NO.  **14-55163**-JRS |

-----------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| CARTER HASTON REAL ESTATE SVCS, INC. | ) | |
| A/A/F BLOCK LOFTS APARTMENTS, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| DAWN LENIA BROWN, Debtor, | ) | |
| M. DENISE DOTSON, Chapter 7 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER MODIFYING STAY**

Carter Haston Real Estate Services, Inc. a/a/f block Lofts Apartments, for itself, its successors and assigns, servicers, agents and attorneys ("Movant") filed a *Motion for Relief from the Automatic Stay of 11 U.S.C. § 362* (Doc. No. 14) (the "Motion").  Movant contends that it is

the Lessor of the premises located at 747 Ralph McGill Blvd. NE, Unit 1118, Atlanta, Georgia 30312 (the "Property").  The Motion was scheduled for hearing on July 22, 2014, upon Notice of Assignment of Hearing, which Movant contends it served on all parties in interest.  Movant represents that Debtor has failed to cure the pre-petition arrearage and failed to pay the post-petition rent when due.  No opposition to the Motion was offered by the Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

**ORDERED** that the Motion is *granted:* the automatic stay of 11 U.S.C. § 362 is modified to the extent necessary for Movant to commence and complete dispossessory proceedings against Debtor pursuant to applicable state law and to assert any and all of its respective rights under applicable state law as to the Property.  It is further

**ORDERED** that the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

[END OF DOCUMENT]

**Order Presented By:**

_____/s/_____
**Justin D. Kreindel**
Georgia State Bar No. 550128
2970 Clairmont Road, Suite 220
Atlanta, GA 30329
(404) 633-5114
Attorney for Movant

## DISTRIBUTION LIST

M. Denise Dotson, Esq.
Chapter 7 Trustee
170 Mitchell Street
Atlanta, Georgia 30303

Dawn Lenia Brown
747 Ralph McGill Blvd. NE Unit 1118
Atlanta, Georgia 30312

Charles M. Clapp, Esq.
303 Perimeter Center North
Suite 300
Atlanta, Georgia 30346

L:\2MIKE\BANKRUPT\Bankruptcy No Opposition Orders\Block Lofts - Dawn Brown - NoOpp.doc